**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward Paul Landry
Landry & Watkins
P. O. Drawer 12040
New Iberia LA 70562-2040

**REHEARING ACTION: February 4, 2009**

**Docket Number: 08   00786-CA**

**ROBERT DUNCAN, ET AL.**
**VERSUS**
**MORENO ENERGY, INC., ET AL.**

**Appealed from Iberia Parish Case No. 107506-C**

**BEFORE JUDGES:**

     **Hon. John D. Saunders**
     **Hon. Billy Howard Ezell**
     **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Duncan and Charlie Hodges** has this day been

     **DENIED.**

cc: Mark J. Mansfield Esq., Counsel for the Appellant
   David Michael Thorguson, Counsel for the Appellee
   Bernard E. Boudreaux, Jr., Counsel for the Appellee
   James Ray McClelland, Counsel for the Appellee